Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.:   08−11042 PM     Chapter:   13

James Michael Grisby
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 4/18/08.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 4/18/08

                   Mark D. Sammons, Clerk of Court
                   by Deputy Clerk, S McKenna 301−344−3390

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0416-0          User: smckenna              Page 1 of 2              Date Rcvd: Apr 18, 2008
Case: 08-11042                Form ID: ntcdsm             Total Served: 33
```

The following entities were served by first class mail on Apr 20, 2008.
```
db           +James Michael Grisby,    14211 Arctic Avenue,    Rockville, MD 20853-2250
cr           +CIT Group/Consumer Finance, Inc,    c/o The Fisher Law Group, PLLC,    9440 Pennsylvania Avenue,
               Suite 350,    Upper Marlboro, MD 20772-3659
cr            EMC Mortgage Corp.,    C/O Joe Lozano,    P O BOX 829009,    Dallas, TX  75382-9009
24454666     +Absolute Collect Svc,    421 Fayetteville St Mall,    Raleigh, NC 27601-1792
24454668     +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
24454669     +Bierman, Geesing & Ward, LLC,    4520 East West Hwy, Suite 200,    Bethesda, MD 20814-3382
24490630     +CIT Group/Consumer Finance, Inc.,    715 South Metropolitan, Suite 150,
               Oklahoma City, Oklahoma 73108-2057
24454670     +Cit Group Sales Fin,    Po Box 24610,    Oklahoma City, OK 73124-0610
24454671     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
24454672     +Citi/Shell,    Po Box 6003,    Hagerstown, MD 21747-6003
24454682     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
24569212     +David Heath,    c/o Maureen T. Bass,    Hodgson Russ LLP,    140 Pearl Street, Suite 100,
               Buffalo, NY 14202-4040
24487277     +EMC Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
24454674     +Emc Mortgage,    909 N. Hidden Ridge,    Irving, TX 75038-3826
24486706      FDS BANK/MACYS,    TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA  31902-0137
24454675     +Fia Csna,    Po Box 17054,    Wilmington, DE 19884-0001
24454676     +G M A C,    Po Box 105677,    Atlanta, GA 30348-5677
24463070     +GMAC,    Bankruptcy Dept,    P.O. Box 130424,    Roseville, MN 55113-0004
24569240     +Gary Spizler,    c/o Maureen T. Bass,    Hodgson Russ LLP,    140 Pearl Street, Suite 100,
               Buffalo, NY 14202-4040
24486705      MACYS RETAIL HOLDINGS, INC.,    TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA  31902-0137
24454678     +Sears/Cbsd,    8725 W Sahara Ave,    The Lakes, NV 89163-0001
24454681     +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2201
24454683     +Taxing Authority of Montgomery County,    Division of Treasury,    255 Rockville Pike, Ste. L-15,
               Rockville, MD 20850-4188
24454679     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
24462606     +Wells Fargo Financial Maryland, Inc,    4137 121st Street,    Urbandale, IA 50323-2310
24454680     +Wffinance,    1300 Spring St Ste 126,    Silver Spring, MD 20910-3653
24569246     +William Winter Dean Read,    c/o Maureen T. Bass,    Hodgson Russ LLP,
               140 Paerl Street, Suite 100,    Buffalo, NY 14202-4040
```

The following entities were served by electronic transmission on Apr 18, 2008.
```
24454667     +EDI: AMEREXPR.COM Apr 18 2008 18:10:00      Amex,    Po Box 297871,
               Fort Lauderdale, FL 33329-7871
24454668     +EDI: BANKAMER2.COM Apr 18 2008 18:10:00      Bank Of America,    Pob 17054,
               Wilmington, DE 19884-0001
24454671     +EDI: CITICORP.COM Apr 18 2008 18:09:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
24466178      EDI: DISCOVER.COM Apr 18 2008 18:09:00      Discover Bank/DFS Services LLC,    PO Box 3025,
               New Albany OH 43054-3025
24454673     +EDI: DISCOVER.COM Apr 18 2008 18:09:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
24454675     +EDI: BANKAMER2.COM Apr 18 2008 18:10:00      Fia Csna,    Po Box 17054,    Wilmington, DE 19884-0001
24493258      EDI: RESURGENT.COM Apr 18 2008 18:09:00      LVNV Funding LLC its successors and assigns as,
               assignee of Citibank,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
24454677     +EDI: TSYS2.COM Apr 18 2008 18:09:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
24567428      EDI: ECAST.COM Apr 18 2008 18:10:00      eCAST Settlement Corporation assignee of,
               FIA Card Services aka Bank of America,    POB 35480,    Newark NJ 07193-5480
                                                                                                TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0416-0          User: smckenna           Page 2 of 2              Date Rcvd: Apr 18, 2008
Case: 08-11042                Form ID: ntcdsm          Total Served: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2008**                    Signature:    _Joseph Speetjens_